UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-60-F

UNITED STATES OF AMERICA :
:
v. : O R D E R
:
ERIC RICARDO DAVIS :

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that the division of the above- captioned case be changed to reflect the WESTERN DIVISION.

This the 26th day of July, 2010.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge